# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**  Plaintiff,  v.  **SHREYANS DESAI AND SHREYSIDDH CAPITAL, LLC,**  Defendants. | Civ. No. 11-5597 (WJM)  **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's motion for summary judgment; for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 5th day of November 2015, hereby,

**ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that Plaintiff submit a proposed judgment containing its prejudgment interest calculations to the date of this order and the per diem interest charge that shall be applied until the date judgment is entered.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**